United States District Court

Eastern District of California

Andre Ramon Craver,

      Plaintiff,                No. Civ. S 03-0402 GEB PAN P

   vs.                       Order

Sacramento County, et al.,

      Defendants.

-oOo-

    Plaintiff is a prisoner, without counsel, prosecuting this civil rights action on the claims (1) Dr. Baradhursingh has denied plaintiff medical treatment for headaches, numbness in his hands and feet, stiffness in his neck and back and knee pain he continues to suffer after falling down a flight of stairs; (2) Dr. Baradhursingh revoked plaintiff's permission to use a cane and special shoes; and (3) T. Smith has denied plaintiff pain medication.  Pursuant to Fed. R. Civ. P. 37(a)(2)(B), plaintiff moves for an order compelling defendants to produce x-rays of his

1   knees.  Defendants oppose.

2       From defendant Dr. Baradhursingh plaintiff seeks "copies of

3   all x-rays on file.  Developed film.  It should be noted

4   plaintiff wants the actual x-ray," to be provided at defendant's

5   expense.

6       Plaintiff did not request the films to oppose defendants'

7   motion for summary judgment.  <u>See</u> Fed. R. Civ. P. 56(f).  In

8   light of the pending recommendation to grant defendants' motion

9   for summary judgment, plaintiff's request is moot.

10      Accordingly, plaintiff's September 10, 2004, motion is

11  denied.

12      So ordered.

13      Dated:  August 30, 2005.

14                              /s/ Peter A. Nowinski
                              _____
15                              PETER A. NOWINSKI
                              Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26