UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

FILED

OCT 14 2005

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

| | |
|---|---|
| ANDRE RAMON CRAVER,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>BARADHURSINGH, MD; et al.,<br><br>    Defendants - Appellees,<br><br>and<br><br>SACRAMENTO COUNTY,<br><br>    Defendant. | No. 05-16925<br>D.C. No. CV-03-00402-GEB/PAN<br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [x]

Explanation: Not taken in good faith for the reasons stated in the Findings and Recommendations filed August 17, 2005

_____
Judge
United States District Court

Date: October 13, 2005